UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:19-cv-00752 AFM**            Date: **April 17, 2019**

Title    **Alex R. Ungerman v. First Entertainment Credit Union**

---

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

      The Complaint in this case was filed on January 31, 2019, and all parties consented to the Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment. (ECF No. 16.) Pursuant to Fed. R. Civ. P. 16(b), a Scheduling Conference was set for April 23, 2019, at 10 a.m., and the parties' Rule 26 Joint Report was due on April 9, 2019. (ECF No. 12.) A review of the docket indicates that the parties' Rule 26 Joint Report has not been filed. Accordingly, Court orders the plaintiff to show cause *in writing* on or before **May 1, 2019,** why this action should not be dismissed for lack of prosecution. The filing of a Rule 26 Joint Report on or before May 1, 2019 will serve to discharge the order to show cause.

      The Scheduling Conference set for April 23, 2019 is vacated.

      IT IS SO ORDERED.

**Initials of Preparer**    : ib