ALEXANDER J. TAYLOR
ataylor@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX R. UNGERMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>FIRST ENTERTAINMENT CREDIT UNION,<br><br>          Defendant. | Case No. 2:19-cv-00752-AFM<br><br>**STIPULATION DISMISSAL WITH PREJUDICE** |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ALEX R. UNGERMAN and the Defendant FIRST ENTERTAINMENT CREDIT UNION, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 16, 2019                                    Respectfully Submitted,

**ALEX R. UNGERMAN**                              **FIRST ENTERTAINMENT CREDIT UNION**

*/s/ Alexander J. Taylor*                              */s/ Mark K. Worthge (with consent)*
Alexander J. Taylor                                      Mark K. Worthge
*Counsel for Plaintiff*                                 *Counsel for First Entertainment Credit Union*
Sulaiman Law Group, LTD                          Litchfield Cavo, LLC

1

| | |
|---|---|
| 2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>ataylor@sulaimanlaw.com<br>*Attorney for Plaintiff* | 251 South Lake Avenue, Suite 750<br>Pasadena, California 91101<br>Phone: (626) 683-1100<br>worthge@litchfieldcavo.com<br>*Attorney for Defendant* |